■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ANTONSANTI, Appellant. [842 NYS2d 353]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ferdinand, J.), imposed January 11, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN AVENT, Appellant. [841 NYS2d 806]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 2, 2006 (*People v Avent,* 29 AD3d 601 [2006]), affirming a judgment of the County Court, Rockland County, rendered October 23, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Santucci, Krausman and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA BRAY-COLLAZO, Appellant. [841 NYS2d 806]—Appeal by the defendant from a judgment of the County Court, Westchester County (Walker, J.), rendered October 20, 2004, convicting her of grand larceny in the third degree, insurance fraud in the third degree, offering a false instrument for filing in the first degree (seven counts), and violating Workers' Compensation Law § 114, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Prudenti, P.J., Santucci, Fisher and Angiolillo, JJ., concur.